CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
LEVI STRAUSS & CO.

BOIES SCHILLER
FLEXNER LLP
Joshua I. Schiller (SBN 330653)
jischiller@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Benjamin Margulis (Admitted *pro hac vice*)
bmargulis@bsfllp.com
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Attorneys for Plaintiff
JULIA BOIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIA BOIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LEVI STRAUSS & CO.,<br><br>　　　　　Defendant. | Case No. 3:23-cv-2772-TLT<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Courtroom:　9<br>Judge:　　　Hon. Trina L. Thompson<br><br>Complaint Filed:　June 5, 2023<br>Trial Date:　　　　April 28, 2025 |

# JOINT STATEMENT OF THE CASE

Pursuant to the Revised Trial Schedule (Dkt. No. 96), the Stipulation and Order to Continue Pre-Trial Dates (Dkt. Nos. 98-99), Plaintiff Julia Bois and Defendant Levi Strauss & Co. submit the following Statement of the Case:

Julia Bois is a former employee of Levi Strauss & Co.  Ms. Bois contends that after working for the company for years, and after having received positive reviews and recognition for her job performance, Levi Strauss failed to promote her to a Senior Director position, and that this failure was because of Ms. Bois's sex.  Ms. Bois alleges she was passed over for promotion while other employees with equal or lesser qualifications were promoted instead.  Levi Strauss denies these allegations.

Ms. Bois further contends that this alleged discriminatory conduct ultimately led to Ms. Bois's constructive discharge because the alleged failure to promote her and the alleged behavior of the managers at Levi Strauss—including of their alleged repeated misrepresentations to Ms. Bois about her chances for promotion—caused her to suffer both psychologically and physically. Ms. Bois therefore claims that she had no choice but to leave her job at the company. Levi Strauss denies all of these allegations and contends that Ms. Bois voluntarily resigned from her employment.

DATED:  March 5, 2025

PAUL HASTINGS LLP
CAMERON W. FOX
LINDSEY C. JACKSON


By:   /s/ Cameron W. Fox
            CAMERON W. FOX

Attorneys for Defendant
LEVI STRAUSS & CO.

1  DATED: March 5, 2025

**BOIES SCHILLER FLEXNER LLP**
JOSHUA I. SCHILLER
BENJAMIN MARGULIS
MELISSA K. ZONNE


By:  */s/ Joshua I. Schiller*
           JOSHUA I. SCHILLER

ATTORNEYS FOR PLAINTIFF
JULIA BOIS


**ATTESTATION PER LOCAL RULE 5-1(h)(3)**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 5, 2025                                        */s/ Cameron W. Fox*