CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
LEVI STRAUSS & CO.

**BOIES SCHILLER FLEXNER LLP**
Joshua I. Schiller (SBN 330653)
jischiller@bsfllp.com
Melissa Zonne (SBN 301581)
mzonne@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899

Benjamin Margulis (Admitted *pro hac vice*)
bmargulis@bsfllp.com
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

Gina A. Rossman (Admitted *pro hac vice*)
grossman@bsfllp.com
1401 New York Ave., NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Attorneys for Plaintiff
JULIA BOIS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIA BOIS, <br><br> Plaintiff, <br><br> vs. <br><br> LEVI STRAUSS & CO., <br><br> Defendant. | Case No. 3:23-cv-2772-TLT <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** <br><br> Courtroom: 9 <br> Judge: Hon. Trina L. Thompson <br><br> Complaint Filed: June 5, 2023 <br> Trial Date: April 28, 2025 |

Pursuant to the Order Setting Deadlines Prior to Pretrial Conference (ECF No. 122), Plaintiff Julia Bois and Defendant Levi Strauss & Co. hereby submit the following report regarding the status of their settlement attempts.

On March 24, 2025, the parties had a meet and confer call regarding settlement. Joshua Schiller and Gina Rossman attended the call on behalf of Ms. Bois; Cameron Fox and Lindsey Jackson attended the call on behalf of LS&Co. The parties were not able to resolve this case.

DATED: March 25, 2025

PAUL HASTINGS LLP
CAMERON W. FOX
LINDSEY C. JACKSON

By:   */s/ Cameron W. Fox*
         CAMERON W. FOX

Attorneys for Defendant
LEVI STRAUSS & CO.

DATED: March 25, 2025

**BOIES SCHILLER FLEXNER LLP**
JOSHUA I. SCHILLER
BENJAMIN MARGULIS
MELISSA K. ZONNE
GINA A. ROSSMAN

By:   */s/ Joshua I. Schiller*
         JOSHUA I. SCHILLER

ATTORNEYS FOR PLAINTIFF
JULIA BOIS

**ATTESTATION PER LOCAL RULE 5-1(h)(3)**

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: March 25, 2025

         */s/ Cameron W. Fox*
         CAMERON W. FOX