
CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Defendant*
*LEVI STRAUSS & CO.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BOIS,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI STRAUSS & CO.,<br><br>Defendant. | Case No. 3:23-CV-02772-TLT<br><br>**LEVI STRAUSS'S NOTICE OF INABILITY TO MEET COURT-ORDERED DEADLINE AND REQUEST FOR BRIEFING SCHEDULE ON NOTICED MOTION FOR SANCTIONS**<br><br>Courtroom: 9<br>Judge: Hon. Trina L. Thompson<br><br>Complaint Filed: June 5, 2023<br>Trial Date: April 28, 2025 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Levi Strauss & Co. hereby provides notice that the Court's deadline for filing jury instructions and the joint verdict form today by close of business (Dkt 155) cannot be met for the reasons reflected in Attachment A. Levi Strauss & Co. feels it is not appropriate to file a version of these documents that does not reflect Plaintiff's input, but no input has been given.

Based on Attachment A, and the history already provided to the Court, Levi Strauss & Co. requests a briefing schedule on a noticed motion for sanctions capturing the handling of all pre-trial documents in the last 90 days by Plaintiff.

DATED: April 24, 2025

PAUL HASTINGS LLP
CAMERON W. FOX
LINDSEY C. JACKSON

By: _____/s/ Cameron W. Fox_____
         CAMERON W. FOX

Attorneys for Defendant LEVI STRAUSS & CO.

# ATTACHMENT A

**Fox, Cameron W.**

| | |
|---|---|
| **From:** | Jackson, Lindsey C. |
| **Sent:** | Thursday, April 24, 2025 4:40 PM |
| **To:** | Josh Schiller; Melissa Zonne; Benjamin Margulis; Gina Rossman |
| **Cc:** | Fox, Cameron W. |
| **Subject:** | RE: [Verdict Form] RE: Do you have time to connect at 11am by phone? |
| **Categories:** | LSBois |

Adding Cameron back onto the chain.

Thanks,

Lindsey



**Lindsey Cecellia Jackson (she/her)** | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071
Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com | www.paulhastings.com

**From:** Josh Schiller <JiSchiller@BSFLLP.com>
**Sent:** Thursday, April 24, 2025 4:39 PM
**To:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Subject:** [EXT] Re: [Verdict Form] RE: Do you have time to connect at 11am by phone?

--- External Email ---                                                                                  Report Suspicious

You don't have the ability to speak to us do you?  I am sorry for what Cameron has caused you much is unprofessional.

**From:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Sent:** Thursday, April 24, 2025 4:37:17 PM
**To:** Josh Schiller <JiSchiller@BSFLLP.com>; Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Cc:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Adding Cameron back into this chain, again.

Thanks,

Lindsey



**Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071
Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com | www.paulhastings.com

**From:** Josh Schiller <JiSchiller@BSFLLP.com>
**Sent:** Thursday, April 24, 2025 4:33 PM
**To:** Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [EXT] RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Lindsey there is nothing requiring anything to be submitted by a certain time today. If you have that in an order (which you do not), you could send it. We shall continue to ignore Cameron. We will get back to you. Regardless, Cameron will instruct you not to cooperate or speak with us as you ignore our phone call a short time ago. We will send our position soon, but not on your terms or deadlines. We can speak now if you can get permission to answer the phone.

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 4:30 PM
**To:** Josh Schiller <JiSchiller@BSFLLP.com>; Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Hi BSF Team,
 We have only 30 minutes left to file. Can you please send any edits you have to the verdict form and jury instructions?
For ease of reference, here is a reminder of Lindsey's message on the reasons for the edits we sent you for the jury instructions:

![Email screenshot showing RE: [Verdict Form] RE: Do you have time to connect at 11am from Jackson, Lindsey C. to Melissa Zonne, Fox, Cameron W., cc Josh Schiller, Benjamin Margulis, Gina Rossman, with attachment Levi_Bois - 2025.04.24 Revised Proposed Jury Instructions(183577604.1).docx 79 KB. Message begins: "Melissa, I am attaching the revised jury instructions. Due to the fact that the court se... had to revise in a Word document, it is not possible to create a legible redline... highlighted in yellow the changes that were made. Consistent with what we... previously, we updated the Senior Director, U.S. Retail Marketing job title to... Consumer and Retail Marketing to track what we are doing elsewhere. In ad... version of the jury instructions still included the version of the punitive CACI i... to be used when compensatory damages are bifurcated from punitive damag... Court ruled that all damages (compensatory and punitive) will happen togeth..."]

Thanks,
Cameron and Lindsey

---

**From:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Sent:** Thursday, April 24, 2025 4:18 PM
**To:** Josh Schiller <JiSchiller@BSFLLP.com>; Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Cc:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Adding Cameron.

Josh,
Once again, the language we added is directly from the applicable CACI.

Thanks,
Lindsey

---



**Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071
Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com | www.paulhastings.com

---

**From:** Josh Schiller <JiSchiller@BSFLLP.com>
**Sent:** Thursday, April 24, 2025 4:15 PM
**To:** Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>

3

**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [EXT] RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Lindsey we are calling you now.  This is not caselaw or an explanation.

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 4:12 PM
**To:** Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Josh Schiller <JiSchiller@BSFLLP.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

BSF Team,
     I've added Josh's earlier email into the chain below.  In response to the caselaw question the language proposed by us in the jury instructions is straight from the CACI, as Lindsey described in her email.  The CACI is the approved instruction, and it has all of the authorities cited in it.  Any progress so we can get these on file with the Court?
        Thanks,
           Cameron

**From:** Jackson, Lindsey C. lindseyjackson@paulhastings.com
**Sent:** Thursday, April 24, 2025 4:06 PM
**To:** Fox, Cameron W. cameronfox@paulhastings.com
**Subject:** FW: [Verdict Form] RE: Do you have time to connect at 11am by phone?

*\*\*\*\**
*From: Josh Schiller <JiSchiller@BSFLLP.com>*
*Sent: Thursday, April 24, 2025 4:00 PM*
*To: Melissa Zonne <mzonne@bsfllp.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>*
*Subject: [EXT] RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?*

*Lindsey, you have offered no case law supporting your changes.  We have no idea why you are ignoring the Court's order.  Do you have any explanation for that?  We asked around 11 am that you send caselaw supporting your position.*
\*\*\*\*

**From:** Josh Schiller JiSchiller@BSFLLP.com
**Sent:** Thursday, April 24, 2025 4:10 PM
**To:** Fox, Cameron W. cameronfox@paulhastings.com; Melissa Zonne mzonne@bsfllp.com; Benjamin Margulis BMargulis@BSFLLP.com; Gina Rossman grossman@bsfllp.com
**Cc:** Jackson, Lindsey C. lindseyjackson@paulhastings.com
**Subject:** [EXT] Re: [Verdict Form] RE: Do you have time to connect at 11am by phone?

We are not communicating with you given your deliberate immature behavior.  If you want to call me to apologize, I am happy to listen.

**From:** Fox, Cameron W.
**Sent:** Thursday, April 24, 2025 4:07 PM

4

**To:** 'Melissa Zonne' <mzonne@bsfllp.com>; 'Benjamin Margulis' <BMargulis@BSFLLP.com>; 'Gina Rossman' <grossman@bsfllp.com>
**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; 'Josh Schiller' <JiSchiller@BSFLLP.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

I understand Josh is now dropping me off of emails about the jury instructions. Lindsey has a forwarded to me and I will add it in here.

Melissa, Ben and Gina,
    How are we doing on the verdict form?
        Cameron

---

**From:** Fox, Cameron W.
**Sent:** Thursday, April 24, 2025 3:56 PM
**To:** 'Melissa Zonne' <mzonne@bsfllp.com>; 'Benjamin Margulis' <BMargulis@BSFLLP.com>; 'Gina Rossman' <grossman@bsfllp.com>
**Cc:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; 'Josh Schiller' <JiSchiller@BSFLLP.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Melissa, Ben and Gina,
    Do you have feedback on the verdict form changes we described below (12:35pm) and turned into a redline for you (2:02pm)? Our filing deadline is fast approaching.
        Thanks!
           Cameron

---

**From:** Josh Schiller <JiSchiller@BSFLLP.com>
**Sent:** Thursday, April 24, 2025 3:51 PM
**To:** Fox, Cameron W. <cameronfox@paulhastings.com>; Melissa Zonne <mzonne@bsfllp.com>
**Cc:** Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [EXT] Re: [Verdict Form] RE: Do you have time to connect at 11am by phone?

This is unacceptable demeaning language sent to a fellow member of the bar. We are not going to communicate with you further.

---

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 3:48:30 PM
**To:** Josh Schiller <JiSchiller@BSFLLP.com>; Melissa Zonne <mzonne@bsfllp.com>
**Cc:** Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Josh,
    Please stop sending nastygrams (you are now sending them on multiple email chains). We have work to do.

Melissa and team,

I'm watching the clock and getting worried about the timing. Do you have feedback on the verdict form changes we described below (12:35pm) and turned into a redline for you (2:02pm)?

Thanks!

Cameron

---

**From:** Josh Schiller <JiSchiller@BSFLLP.com>
**Sent:** Thursday, April 24, 2025 3:43 PM
**To:** Fox, Cameron W. <cameronfox@paulhastings.com>; Melissa Zonne <mzonne@bsfllp.com>
**Cc:** Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [EXT] RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Thank you for confirming there is no case law to support your position which the Court required in order to change anything as her Honor said quite clearly this morning and is reflected in the transcript.

---

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 2:02 PM
**To:** Melissa Zonne <mzonne@bsfllp.com>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Fox, Cameron W. <cameronfox@paulhastings.com>
**Subject:** RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Melissa,

We converted the Court's PDF to Word, and so the formatting is off on the page breaks, but the attached shows in redline our suggestions. Correcting the title of the 2021 job seems to be something about which we are already agreed. With regard to moving Question Nos 5 and 10 lower down, this isn't a case law question --- it is a logic issue based on what evidence is being presented when (given the ruling the Court already made about bifurcating liability entirely from damages). Happy to hop on a call.

Cameron

---

**From:** Melissa Zonne <mzonne@bsfllp.com>
**Sent:** Thursday, April 24, 2025 1:31 PM
**To:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [EXT] RE: [Verdict Form] RE: Do you have time to connect at 11am by phone?

Cameron:

As a follow-up to my last email to Lindsey, in order to respond to this issue and address any others related to the Instructions and Verdict Form, we request that you send a redline with your proposals. Also, as instructed by the Court this morning, please provide case law supporting your position on any proposed changes.

Please send both of those immediately so that we can have time to review and if necessary, set up a call to meet and confer.

Thank you,
Melissa

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 12:35 PM
**To:** Melissa Zonne <mzonne@bsfllp.com>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** [Verdict Form] RE: Do you have time to connect at 11am by phone?

Following up on this since we haven't heard back.

BSF team,

    Having noodled this verdict form question on our own, it seems to us that the Questions currently numbered 5 and 10 in the Court's existing verdict form should be moved down to the damages portion of the form. They require proof of harm to be answered, which the jury won't have yet, and they track similar causation questions already down in the damages portion. To that end, we propose that Question 5 should be moved down so that it is the first question of the damages phase portion of the form (in other words, move to page 6 at line 5). In turn, we propose that Question 10 be moved down so that is the first question of Part B of the damages phase portion of the form (in other words, move to page 8, line 16).

    Also, per Lindsey's email shortly ago, we propose the title of the 2021 promotion be updated to track the full name that appears in the trial exhibits: "Senior Director of Consumer and Retail Marketing." That would replace the words "Senior Director of US Retail Marketing" each time they appear.

    Please let us know your thoughts.

        Cameron and Lindsey

---

**From:** Fox, Cameron W.
**Sent:** Thursday, April 24, 2025 10:30 AM
**To:** 'Melissa Zonne' <mzonne@bsfllp.com>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Subject:** RE: Do you have time to connect at 11am by phone?

Melissa,

    We can do that. But the jury instructions are separate from the reason I was reaching out.

    I just wanted to ask this question about the verdict form: Have you looked at where the judge has placed questions 5 and 10 (they are in phase 1) and do you have thoughts on whether that is the right location? We are thinking through that issue, and I don't have a view yet. Was just looking to noodle that together.

        Cameron

---

**From:** Melissa Zonne <mzonne@bsfllp.com>
**Sent:** Thursday, April 24, 2025 10:24 AM
**To:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Cc:** Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Gina Rossman <grossman@bsfllp.com>
**Subject:** [EXT] RE: Do you have time to connect at 11am by phone?

Hi Cameron,

Could you first please send your proposed edits to the jury instructions based upon the court's verdict form? Then we can review, make our edits and confer on a call if necessary.

Also, as Josh has requested before, we ask that you copy the whole team as we approach trial.

Thanks,
Melissa

---

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Thursday, April 24, 2025 10:12 AM
**To:** Melissa Zonne <mzonne@bsfllp.com>
**Subject:** Do you have time to connect at 11am by phone?

Or will you be in transit to SF?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]