United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BOIS,<br><br>   Plaintiff,<br><br> v.<br><br>LEVI STRAUSS & CO.,<br><br>   Defendant. | Case No. 23-cv-02772-TLT<br><br>**JUDGMENT**<br><br>Re: ECF 185 |

On May 5, 2025, the jury entered verdict in favor of Defendant. ECF 185. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby **ENTERED** in favor of Defendant Levi Strauss & Co. and against Plaintiff Julia Bois.

**IT IS SO ORDERED.**

Dated: May 7, 2025

_____
TRINA L. THOMPSON
United States District Judge