CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California 94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

LINDSEY C. JACKSON (SB# 313396)
lindseyjackson@paulhastings.com
PAUL HASTINGS LLP
515 Flower Street, 25th Floor
Los Angeles, California 90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
LEVI STRAUSS & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA BOIS,<br><br>          Plaintiff,<br><br>          vs.<br><br>LEVI STRAUSS & CO.,<br><br>          Defendant. | Case No. 3:23-CV-02772-TLT<br><br>**DEFENDANT LEVI STRAUSS & CO.'S NOTICE OF MOTION AND MOTION FOR SANCTIONS**<br><br>Date:           August 19, 2025<br>Time:          2:00 p.m.<br>Courtroom:  9<br>Judge:         Hon. Trina L. Thompson<br><br>Complaint Filed:  June 5, 2023<br>Trial Date:           April 28, 2025 |

TO ALL THE PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 19, 2025 at 2:00 p.m., or as soon thereafter as the Motion may be heard in Courtroom 9 of the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Levi Strauss & Co. ("LS & Co.") will and hereby does move this Court for an Order entering sanctions against the law firm partners who served as Plaintiff's counsel.  This motion is brought pursuant to 28 U.S.C. § 1927 and/or this Court's inherent powers.[1]

In the motion, LS & Co. requests (1) monetary sanctions to reimburse it for increased litigation costs (specifically, support staff overtime and added legal fees in the amount of $15,236.41); (2) an order that the partners who represented Plaintiff in this case develop and conduct a one-hour training for litigators in their respective offices regarding professional responsibility in the context of trial; and (3) any other sanction this Court deems appropriate against Plaintiff's counsel based on the concerns the Court has raised repeatedly about the conduct of the Boies Schiller attorneys on this case.

LS & Co.'s request for sanctions is limited to three specific instances (on February 28, 2025, April 25, 2025 and May 15, 2025) when Plaintiff's counsel unreasonably failed to meet and confer to prepare joint filings that were due to the Court in the lead-up to (and during) trial, causing numerous missed deadlines, delays for the Court, and increased litigation expenses for LS & Co.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Cameron W. Fox, Proposed Order, the papers and records on file herein, any oral argument, and such other evidence as this Court may deem appropriate to consider.

/ / /

/ / /

---

[1] Joshua Schiller and Benjamin Margulis are the Boies Schiller Flexner LLP partners on this case.

DATED: May 21, 2025

PAUL HASTINGS LLP

By:     */s/ Cameron W. Fox*
        CAMERON W. FOX

Attorneys for Defendant
LEVI STRAUSS & CO.