# EXHIBIT E

| From: | Jackson, Lindsey C. |
|---|---|
| To: | Benjamin Margulis; Fox, Cameron W. |
| Cc: | Melissa Zonne; Gina Rossman; Josh Schiller |
| Subject: | RE: Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial |
| Date: | Wednesday, May 21, 2025 11:47:00 AM |
| Attachments: | image001.png |
| | Levi_Bois - Updated Joint Certification of Counsel re Exhibits Offered But Not Admitted(183765307.5).docx |
| | Joint Certification Redline.pdf |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Ben,

Please find attached an updated version of the Joint Certification. We are also attaching a redline. Please let us know if we have your permission to file.

Thanks,

Lindsey



**Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 | lindseyjackson@paulhastings.com | www.paulhastings.com

**From:** Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
**Sent:** Tuesday, May 20, 2025 12:36 PM
**To:** Benjamin Margulis <BMargulis@BSFLLP.com>; Fox, Cameron W. <cameronfox@paulhastings.com>
**Cc:** Melissa Zonne <mzonne@bsfllp.com>; Gina Rossman <grossman@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>
**Subject:** RE: Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Ben,

For the reasons stated below, we disagree with Plaintiff's position that any of the opening or closing slide decks constitute rejected exhibits. We will send you our edits to the most recent version of the Joint Certification reflecting our noted objections to the inclusion of Plaintiff's opening and closing slide decks. However, we will not agree to file LS & Co.'s opening and closing slide decks as rejected exhibits. We never offered or intended to offer them as exhibits. To assert otherwise would be a misstatement to the Court.

Thanks,

Lindsey



**Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department**
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 | lindseyjackson@paulhastings.com | www.paulhastings.com

**From:** Benjamin Margulis <BMargulis@BSFLLP.com>
**Sent:** Monday, May 19, 2025 8:06 PM

**To:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Cc:** Melissa Zonne <mzonne@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Gina Rossman <grossman@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>
**Subject:** [EXT] Re: Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Cameron,

The excerpts below demonstrate a clear intent for the opening and closing demonstratives to be presented to the jury, and the Court's rejection of this idea.

Moreover, given that the parties' respective closing slides contain a version of Exhibit 90 that was presented to the Jury, they should be included in the "Exhibits Not Admitted" document for completeness to capture what was and was not shown (or attempted to be shown) to the jury.

Do we have an agreement, and will you be filing?  If you will not, please send us the final version of your closing slides (as we only have the three separate files from which you assembled your final deck).

Kindly,
Ben M.

**Benjamin Margulis**
Partner

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards

New York, NY 10001

(l) +1 212-446-2342

(m) +1 917-596-7458

bmargulis@bsfllp.com

www.bsfllp.com

---

**From:** Fox, Cameron W. <cameronfox@paulhastings.com>
**Sent:** Monday, May 19, 2025 7:36 PM
**To:** Benjamin Margulis <BMargulis@BSFLLP.com>
**Cc:** Melissa Zonne <mzonne@bsfllp.com>; Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Gina Rossman <grossman@bsfllp.com>; Josh Schiller <JiSchiller@BSFLLP.com>
**Subject:** Re: Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Ben, we are scratching our heads because the cited portions of the transcript are not actually asking that the slide decks be received in evidence. Is the portion below plaintiff's entire basis for saying her slide decks are rejected exhibits?

Cameron W. Fox
Partner, Employment Law Department
PAUL HASTINGS LLP

On May 19, 2025, at 4:11 PM, Benjamin Margulis <BMargulis@bsfllp.com> wrote:

Exhibit E - 2

Lindsey, Following up on the below. Do we have agreement and, if so, will you handle the filing? Kindly, Ben M. Benjamin Margulis Partner BOIES SCHILLER FLEXNER LLP 55 Hudson Yards New York, NY 10001 (t) +1 212-446-2342 (m) +1 917-596-7458 bmargulis@bsfllp.com

Lindsey,

Following up on the below. Do we have agreement and, if so, will you handle the filing?

Kindly,

Ben M.

Benjamin Margulis
Partner

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards

New York, NY 10001

(t) +1 212-446-2342

(m) +1 917-596-7458

bmargulis@bsfllp.com<mailto:bmargulis@bsfllp.com>

www.bsfllp.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.bsfllp.com_&d=DwMF-g&c=hLjr57FTI_Vn-XOzslWArQ&r=XD0niFdnZJ26c5o53wd71COMqip3A0qC0ski9kZgGRc&m=lHZTACCYkI2EGa-6uXRx1YlVWuBMQTI7X5_6mQ8ta0A&s=73lgXP0xpLoUM7M1eWSBz0dN9WOiC2buZPrC3GrMAAM&e=>

---

From: Melissa Zonne <mzonne@bsfllp.com>
Sent: Monday, May 19, 2025 1:48 PM
To: Jackson, Lindsey C. <lindseyjackson@paulhastings.com>; Gina Rossman <grossman@bsfllp.com>; Fox, Cameron W. <cameronfox@paulhastings.com>
Cc: Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Lindsey,

See pages 53-54 of the Trial Transcript, Day 1, where the Court stated it would not be "appropriate" to provide the slide deck to the jurors (copied below). See also page 68 (copied below), where the Court reiterated her ruling that "demonstratives" like the slide deck "will not go to the jury."

If you maintain your objection to filing the slide decks on the docket, would you please note your objection in the joint filing, as we have done with previous submissions? I am re-attaching the draft Gina circulated on Friday.

Best,

Melissa

From: Jackson, Lindsey C. <lindseyjackson@paulhastings.com>
Sent: Monday, May 19, 2025 9:29 AM
To: Gina Rossman <grossman@bsfllp.com>; Fox, Cameron W. <cameronfox@paulhastings.com>
Cc: Josh Schiller <JiSchiller@BSFLLP.com>; Benjamin Margulis <BMargulis@BSFLLP.com>; Melissa Zonne <mzonne@bsfllp.com>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Gina,

Regarding Plaintiff's requested changes to the Exhibits Not Admitted, we are confused by Plaintiff's claim that she offered either of her two slide decks (opening and closing) into evidence. Can you please provide us with the cites to the transcript where she offered them to be received as exhibits? Relatedly, you have added our opening and closing decks to the list, but LS & Co. never offered its slide decks into evidence. It would be a misstatement to the Court to say that we did.

Thanks,

Lindsey

————————————————————

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com> |
www.paulhastings.com<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ3CK2x03
iPfGfGxfM5/__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzlzl7ovraODmsrF1izFl
SB4SWC89zaln3yYUQt0NruEzLrZz-$>

From: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>
Sent: Friday, May 16, 2025 5:24 PM
To: Gina Rossman <grossman@bsfllp.com<mailto:grossman@bsfllp.com>>; Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>
Cc: Josh Schiller <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Gina,

Thank you for giving us approval to get the admitted exhibits on file. We will handle that, but getting your approval six minutes before the end of the business day (4:54 p.m.) does not allow us sufficient time for our staff to get all of the documents uploaded, named and on file today. Chelsea, our support staff team member who does our filings, had a very late night yesterday waiting for approval to file and we cannot ask her for overtime again this evening. We will file the admitted exhibits on Monday morning.

We will respond to you separately regarding the Not Admitted Exhibits.

Thanks,

Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com> |
www.paulhastings.com<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ3CK2x03
iPfGfGxfM5/__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzIzI7ovraODmsrF1izFI
SB4SWC89zaln3yYUQt0NruEzLrZz-$>

From: Gina Rossman <grossman@bsfllp.com<mailto:grossman@bsfllp.com>>
Sent: Friday, May 16, 2025 4:49 PM
To: Fox, Cameron W. <cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>
Cc: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>; Josh
Schiller <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Subject: [EXT] RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Cameron, Thanks for sending the folder of admitted exhibits that you plan on uploading – we have reviewed, and it looks good. You have our permission to file the "Admitted Exhibits" list. On confidentiality – We don't see a problem on our

Hi Cameron,

Thanks for sending the folder of admitted exhibits that you plan on uploading – we have reviewed, and it looks good. You have our permission to file the "Admitted Exhibits" list.

* On confidentiality – We don't see a problem on our side, but there may have been some LS&Co. documents that you previously filed under seal. It seems you don't plan on filing a motion to seal with this filing, which is fine. Just wanted to flag so that it didn't become an issue later on.

* On the closing deck – We disagree with your interpretation of events. Again, we had offered our opening slide deck into evidence, and the Court made clear that she would not allow any slide decks to go back to the jury.

Since it seems we are at an impasse, we propose stating our positions and any objections in the joint filing. I have made revisions to Lindsey's latest version, adding both the opening and closing slide decks to the "Not Admitted Exhibits" list. I also added a footnote explaining our position. In addition, attached please find a PDF version of our final opening slide deck for ease of filing.

Do we need a phone call tonight, or can we move forward as proposed?

Lastly on the correspondence yesterday – we seemed to have reached an agreement on the closing argument deck as of 7:18 pm, when Lindsey asked us for a copy of our slide deck so that your side could "upload it to ECF." We were

honestly surprised by Lindsey's email received about 40 minutes later, at 8:05 pm, where she proposed revisions omitting the closing argument deck. When your side switches positions after COB, it makes it very difficult to get to an agreement on the day of filing

And regarding the "Admitted Exhibits" list, I find that it is good practice to note any additions/revisions in the cover email so that the other side isn't surprised by them. We're all just trying to get an accurate list on file at the end of the day, and surprises create unnecessary bumps in the process.

Best,

Gina

Gina A. Rossman

(she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t) +1 202-895-5245

grossman@bsfllp.com<mailto:grossman@bsfllp.com>

www.bsfllp.com<https://urldefense.com/v3/__http:/www.bsfllp.com/__;!!JB8VoVbPfh38FcDZRpZ1rQ!y85glRYP2g9b4P9zfeYayVBdRHMKmvdFOH6k05K1wTkXtl9UEKpt_zYWorWFk_wVwKARBp2FSIaWJ0TGJDbOKYqnrcc$>

From: Fox, Cameron W. <cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>
Sent: Friday, May 16, 2025 4:24 PM
To: Gina Rossman <grossman@bsfllp.com<mailto:grossman@bsfllp.com>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Cc: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Thanks Gina.

* Regarding point 1 (confidentiality), what do you propose given that the exhibits are already part of the public record through the trial?

* Regarding point 2, I will defer to Lindsey on the best way to share the exhibits to be uploaded.

* Regarding point 3, that seems to connect to this broader discussion about the closing argument decks used by the attorneys. We think it is inappropriate for either side's PowerPoint from closing argument to be filed with the Court as if it were an "exhibit offered at trial". If Plaintiff still insists on filing her argument deck, we will need to object (lest the Court think that we, on the defense side, don't know the rules here). If I am reading your email below, that is what you are proposing, yes? In other words, that BSF wants their closing deck filed, and we are free to object to the fact it is being filed? Happy to hop on the phone if helpful.

Cameron

PS: I will respond briefly to your point about making the record clear. Yesterday's deadline was missed because Plaintiff insisted on filing her closing argument deck, and then cut off communication. The addition of Exhibits 73 and 505 was not the issue. You spotted the need to add those, and that was great. That was at 6pm. With regard to asking Lindsey to confirm if anything else needed to be added, each side has its own responsibility to review for that. In any event, we could have filed the Admitted Exhibits on time yesterday if we had heard back. That is separate from the "offered, but not admitted, exhibits" list, where Plaintiff wants to include her closing argument.

From: Gina Rossman <grossman@bsfllp.com<mailto:grossman@bsfllp.com>>
Sent: Friday, May 16, 2025 10:54 AM
To: Fox, Cameron W. <cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>; Josh Schiller <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Benjamin Margulis <BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne <mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Cc: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>
Subject: [EXT] RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Cameron,

Before filing the admitted exhibit list, we wanted to flag the following issues:

1. Since the exhibits will be public record, we are concerned about confidentiality and privacy. As you know, both parties filed some of these materials under seal in the summary judgment phase.

2. Could you please send us a Sharefile of what you plan to upload?

3. Could you please send us a copy of your final closing deck?

Also, so that the record is clear, by 3:57 pm yesterday, we had reviewed your draft and asked you to explain any corrections you had made to the Court's minute orders. At 6:20 pm, we asked more specifically—besides Exhibits 73 and 505, were there any other exhibits that were added to the list but not included in the Court's minute orders? We repeated that question again at 9:30 pm. Lindsey did not respond to our question regarding the addition of exhibits to the list until 9:49 pm, i.e., several hours after we first raised the issue. The main hold up on the admitted exhibit list had been your confirmation that no other exhibits were added—a reasonable request, since this is an important record and we want to make sure it is accurate.

As for the "Exhibits Not Admitted," it remains our position that the list is incomplete without the closing deck. We would like to discuss and find a solution that does not involve competing filings (a practice which the Court has repeatedly admonished the parties for). Do you still object to including the document on the list? If so, we propose that you drop a footnote in the document stating your position.

Best,

Gina

Gina A. Rossman

(she/her/hers)
Associate

BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.

Washington, DC 20005

(t) +1 202-895-5245

grossman@bsfllp.com<mailto:grossman@bsfllp.com>

www.bsfllp.com<https://urldefense.com/v3/__http:/www.bsfllp.com/__;!!JB8VoVbPfh38FcDZRpZ1rQ!y4Fl14zL_jTp1v AABgEV7a-X_2Tu02DjoybujAV2drxdvVlt9gc4pmvOX1NPIhHazRQbCJ_5gXKBO98tYOXQj_o$>

From: Fox, Cameron W. <cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>
Sent: Friday, May 16, 2025 12:17 PM
To: Josh Schiller <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Gina Rossman <grossman@bsfllp.com<mailto:grossman@bsfllp.com>>; Benjamin Margulis

<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Cc: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>
Subject: Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

BSF Team,

Following up on Lindsey's emails below. Have you now resolved your desire to file your closing argument PowerPoint
as if it were an exhibit? We need to get the offered and admitted exhibits on file.

Thanks,
Cameron

Cameron W. Fox
Partner, Employment Law Department
PAUL HASTINGS LLP

On May 15, 2025, at 11:13 PM, Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>> wrote:

Josh, Ben and Gina,

Our secretary has been standing by this whole time. But given that we still haven't heard back from you, and given that
this is a time consuming filing process (each exhibit gets filed separately), we are going to let her clock out and head
to bed. It's not reasonable to expect her, at this hour, to get all of these documents on file by midnight.

As of 3:57 Pacific today, Ben said your side needed more time to review the draft we had sent at 1:18 Pacific, and that
filing by 4pm was unlikely. That was fine. But there is no legitimate reason that these exhibits could not have been
filed soon after that, and well before now. These missed deadlines are not fair to our staff, or to Levi Strauss (which
has had to pay for overtime repeatedly on nights like these in this case).

We will have to file in the morning when the business day starts.

Thanks,

Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings
.com%3cmailto:lindseyjackson@paulhastings.com>> |
www.paulhastings.com<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ3CK2x03
iPfGfGxfM5__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzIzI7ovraODmsrF1izFlS
B4SWC89zaln3yYUQt0NruNOUFQye$>
<http://www.paulhastings.com/<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ
3CK2x03iPfGfGxfM5/__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzIzI7ovraOD
msrF1izFlSB4SWC89zaln3yYUQt0NruEzLrZz-$>>

From: Jackson, Lindsey C. <lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com>>
Sent: Thursday, May 15, 2025 10:23 PM
To: Josh Schiller <JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com>>; Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com>>
Cc: Fox, Cameron W. <cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Josh, Ben and Gina,

Our secretary is still up and waiting to complete the filing. The deadline to file is today. This is not something the
parties get to agree to push off.

This is plaintiff's case. This is a Court-required deadline. We never heard from you on this deadline until we raised it
for you, and then we did the work for you so that the deadline could be met. It seems the only issue is Plaintiff's desire
to file her closing argument PowerPoint deck as if it is an exhibit. As we show below, that is not appropriate. Can we
please file?

Thanks,

Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings
.com%3cmailto:lindseyjackson@paulhastings.com>> |
www.paulhastings.com<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ3CK2x03
iPfGfGxfM5__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzIzI7ovraODmsrF1izFlS
B4SWC89zaln3yYUQt0NruNOUFQye$>
<http://www.paulhastings.com/<https://urldefense.com/v3/__https://url.us.m.mimecastprotect.com/s/9XA3CpYXZ
3CK2x03iPfGfGxfM5/__;!!JB8VoVbPfh38FcDZRpZ1rQ!2MFnLFhFc3EQtGYWIcFm4GdnwdOukG4rT2K7zHzIzI7ovraOD
msrF1izFlSB4SWC89zaln3yYUQt0NruEzLrZz-$>>

From: Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFL
LP.com>>>
Sent: Thursday, May 15, 2025 10:13 PM
To: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhasting
s.com%3cmailto:lindseyjackson@paulhastings.com>>>; Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%

3cmailto:cameronfox@paulhastings.com>>>
Subject: [EXT] Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Lindsey we should agree to extend the deadline a week, is there a reason you can't do that? Gina is on the east coast and I hope retired for the night as we all should. We will otherwise be happy to speak tomorrow.

_____

From: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com%3cmailto:lindseyjackson@paulhastings.com>>>
Sent: Thursday, May 15, 2025 9:48:34 PM
To: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@BSFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFLLP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%3cmailto:cameronfox@paulhastings.com>>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Gina,

No additional exhibits besides Exhibits 73 and 505 have been added. If the parties are aligned on the Admitted Exhibits, we see no reason why we cannot get those on file now. We have had someone standing by waiting to file for several hours now.

As to the Not Admitted Exhibits, we do not believe, in light of the history in this case that we should stop meeting and conferring and miss yet another deadline.

If Plaintiff never attempted to offer this Closing Argument slides into evidence, as you admit, then then were, quite simply, never offered. It does not matter what reason Plaintiff had in making that choice. Also, to the extent you are concerned about waiving your ability to raise the Closing Argument presentations in the context of an appeal by not including them here, you are not doing so. This is a routine filing – as Robert explained, the Court has a copy of all of the relevant exhibits but they want us to upload them instead of them because it is easier. We do not believe it would be proper to upload a document that the Court never received.

Please let us know if we can get the Admitted Exhibits document on file; the documents are not depending upon one another and it is going to take a very long time to upload and name all of the exhibits.

Thanks,
Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com%3cmailto:lindseyjackson@paulhastings.com>>

From: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>>
Sent: Thursday, May 15, 2025 9:30 PM
To: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com%3cmailto:lindseyjackson@paulhastings.com>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@BSFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFLLP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%3cmailto:cameronfox@paulhastings.com>>>
Subject: [EXT] RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Lindsey,

We have reviewed your proposed revisions to the certification of exhibits not admitted into evidence, and we do not agree. We have shown you at least two examples (and there are several more) where the parties have included their closing arguments on the "Not Admitted Exhibits" list. For good order, it makes sense to file demonstratives, including closing arguments, that were shown to the jury but "Not Admitted" as exhibits on the docket.

Moreover, as you are aware, Plaintiff asked the Court to enter the opening slide deck into evidence, and the Court was very clear that no slide deck would be allowed to go back to the jury. Therefore, there was no need to make a second request after the Court's ruling on the opening slide deck. The slides were offered into evidence, and they were rejected.

Given the late hour, we propose setting up a time to meet and confer with the intent of filing a joint version next week. Please let us know when you are available for a call either tomorrow or early next week to discuss.

As for the Joint Certification of Counsel re Admitted Exhibits, you still have not responded to my question as to whether any exhibits beyond Exhibits 73 and 505 have been added to the list that were not included in the Court's minute orders. Please confirm that no other exhibits beyond Exhibit 73 and 505 were added to the list.

Best,

Gina

Gina A. Rossman
(she/her/hers)
Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202-895-5245
grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>

From: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhasting
s.com%3cmailto:lindseyjackson@paulhastings.com>>>
Sent: Thursday, May 15, 2025 11:05 PM
To: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSF
LP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%
3cmailto:cameronfox@paulhastings.com>>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Gina,

In looking at Local Rule 5-1(g)(1)(B), neither party's closing slide deck constitutes an "exhibit[] that [was] offered but
not admitted by the judge" during trial. The parties' agreed-upon jury instructions state, "What [lawyers] have said in
their opening statements, closing arguments and at other times is intended to help you interpret the evidence, but it is
not evidence." ECF No. 187 at 11. By contrast, LS & Co. affirmatively tried to admit Exhibit 90 into evidence and the
judge denied LS & Co.'s request; thus, it was offered, but not admitted. Neither of the parties attempted to offer their
closing slide deck into evidence. Given that, we propose the following revisions to the version that you sent.

In the interim, we will move forward with getting the Joint Certification of Counsel re Admitted Exhibits on file.

Thanks,

Lindsey

_____
Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings
.com%3cmailto:lindseyjackson@paulhastings.com> |


From: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>
Sent: Thursday, May 15, 2025 7:28 PM
To: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastin
s.com%3cmailto:lindseyjackson@paulhastings.com>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFL
LP.com>>>; Melissa Zonne

<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%3cmailto:cameronfox@paulhastings.com>>>
Subject: [EXT] RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Lindsey,

No, it is not, thank you for checking. Attached is the final version.

Best,

Gina

Gina A. Rossman
(she/her/hers)
Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202-895-5245
grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>

From: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com%3cmailto:lindseyjackson@paulhastings.com>>>
Sent: Thursday, May 15, 2025 10:18 PM
To: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@BSFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFLLP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%3cmailto:cameronfox@paulhastings.com>>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Gina,

Is version 2 of Plaintiff's Closing Argument slide deck (sent at 7:22 p.m. PST on May 4, 2025), the version that was used during Plaintiff's Closing? If not, please send us the final slide deck that was used during Plaintiff's Closing so we can upload it to ECF.

Thanks,

Lindsey

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings
.com%3cmailto:lindseyjackson@paulhastings.com>> |


From: Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>
Sent: Thursday, May 15, 2025 6:20 PM
To: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhasting
s.com%3cmailto:lindseyjackson@paulhastings.com>>>; Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFL
LP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%
3cmailto:cameronfox@paulhastings.com>>>
Subject: [EXT] RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Lindsey,

Thank you for confirming the deletion of Exhibit 71. We also noted the addition of the following exhibits which were not
included in the Court's minute orders but were added to the admitted exhibit list: Exhibit 73 and Exhibit 505. Are there
any other exhibits which were added to the exhibit list, but which did not appear in the Court's minute orders?

In addition, attached are our edits to the certification regarding exhibits not admitted. We made the following edits:

1. Changed the name of the document to conform to Local Rule 5-1(g)(1)(B):

The parties may file any exhibits that were offered but not admitted by the judge using the CM/ECF event "Exhibits Not
Admitted," which will automatically file the documents under seal. These exhibits shall be accompanied by a Joint
Certification of Counsel that the exhibits are true and correct copies of the exhibits offered but not admitted by the
judge.

1. Included a reservation of rights.

1. Added the Parties' Closing Arguments to the list. We have seen this done in multiple cases, see, e.g.:


[image002.png]


[image003.png]

With these edits and additions, you have our permission to file.

Best,
Gina

Gina A. Rossman
(she/her/hers)
Associate
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202-895-5245
grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>

From: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com%3cmailto:lindseyjackson@paulhastings.com>>>
Sent: Thursday, May 15, 2025 7:34 PM
To: Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@BSFLLP.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFLLP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
; Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.com>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%3cmailto:cameronfox@paulhastings.com>>>
Subject: RE: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Hi Ben,

Thank you for the correction regarding Exhibit 513. I have updated the attached Joint Certification to reflect that change in redline.

The only exhibit that I recall being on the Court's list that was not on the parties' list was Exhibit 71. The Court had inadvertently included it, but between myself, Gina, Melissa and Mr. McNamee, we confirmed on May 5 that Exhibit 71 was never offered or admitted into evidence. Exhibit 71 is not listed in the document I circulated.

Thanks,
Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 | Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings

.com%3cmailto:lindseyjackson@paulhastings.com>> |

From: Benjamin Margulis
<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>
Sent: Thursday, May 15, 2025 3:57 PM
To: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhasting
s.com%3cmailto:lindseyjackson@paulhastings.com>>>; Josh Schiller
<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFL
LP.com>>>; Melissa Zonne
<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
; Gina Rossman
<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>
Cc: Fox, Cameron W.
<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%
3cmailto:cameronfox@paulhastings.com>>>
Subject: [EXT] Re: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial

Lindsey,

Thank you for the drafts; we are still reviewing and will let you know as soon as we can—we cannot guarantee that this
will be before 4 pm PST, however.

We do have a few questions/notes from our review so far:

First, when we were creating the binder for the jury, we discovered that there were 1-2 exhibits that the Court had
incorrectly included in its minute orders. Does your draft reflect those corrections? And if so, would you please
remind us which exhibits needed to be swapped so that we can review?

Second, we wanted to flag that only page 2 of Exhibit 513 was admitted on April 30, 2025.

Kindly,
Ben M.

Benjamin Margulis
Partner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212-446-2342
(m) +1 917-596-7458
bmargulis@bsfllp.com<mailto:bmargulis@bsfllp.com<mailto:bmargulis@bsfllp.com%3cmailto:bmargulis@bsfllp.c
om>>

_____

From: Jackson, Lindsey C.
<lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhasting

s.com%3cmailto:lindseyjackson@paulhastings.com>>>

Sent: Thursday, May 15, 2025 4:18 PM

To: Josh Schiller

<JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com<mailto:JiSchiller@BSFLLP.com%3cmailto:JiSchiller@BSFL
LP.com>>>; Benjamin Margulis

<BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com<mailto:BMargulis@BSFLLP.com%3cmailto:BMargulis@B
SFLLP.com>>>; Melissa Zonne

<mzonne@bsfllp.com<mailto:mzonne@bsfllp.com<mailto:mzonne@bsfllp.com%3cmailto:mzonne@bsfllp.com>>>
; Gina Rossman

<grossman@bsfllp.com<mailto:grossman@bsfllp.com<mailto:grossman@bsfllp.com%3cmailto:grossman@bsfllp.c
om>>>

Cc: Fox, Cameron W.

<cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com<mailto:cameronfox@paulhastings.com%
3cmailto:cameronfox@paulhastings.com>>>

Subject: Levi/Bois - Uploading Exhibits Offered and Admitted During Trial


Counsel,

Today is our deadline to submit exhibits offered and admitted during trial accompanied by a Joint Certification of
Counsel. See Local Rule 5-1(g)(1). We prepared the attached Joint Certifications. Please let us know before 4:00 p.m.
if we have your permission to get these on file.

Thanks,
Lindsey

_____

Lindsey Cecellia Jackson (she/her) | Associate, Employment Law Department
Paul Hastings LLP | 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, CA 90071 | Direct: +1.213.683.6103 |
Main: +1.213.683.6000 | Fax: +1.213.996.3103 |
lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings.com<mailto:lindseyjackson@paulhastings
.com%3cmailto:lindseyjackson@paulhastings.com>>

*********************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE<https://www.paulhastings.com/global-privacy-statement>. If you have any
questions, please contact Privacy@paulhastings.com<mailto:privacy@paulhastings.com>.


_____


The information contained in this electronic message is confidential information intended only for the use of the
named recipient(s) and may contain information that, among other protections, is the subject of attorney-client
privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic
message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are
hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited
and no privilege is waived. If you have received this communication in error, please immediately notify the sender by
replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

_____

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]